**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF NEW YORK

Case number *(if known)* ______________ Chapter **11**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

**1. Debtor's name** — **Syracuse GC, Inc**

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN) — **83-1735079**

**4. Debtor's address**

**Principal place of business**

**245 Washington Street**
**#3470**
**Saratoga Springs, NY 12866**
Number, Street, City, State & ZIP Code

**Saratoga**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

**245 Washington Street**
**#3470 Saratoga Springs, NY 12866**
Number, Street, City, State & ZIP Code

**5. Debtor's website** (URL)

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify:

Debtor **Syracuse GC, Inc** Case number (*if known*)
Name

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check **all** that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | | When | | Case number | |
| District | | When | | Case number | |

Debtor **Syracuse GC, Inc** Case number (*if known*)
Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor ______ Relationship ______
District ______ When ______ Case number, if known ______

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? ______

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other ______

**Where is the property?** ______
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency ______
Contact name ______
Phone ______

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

. *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **August 18, 2026**
MM / DD / YYYY

*X* **/s/ Niral A. Patel**
Signature of authorized representative of debtor

**Niral A. Patel**
Printed name

Title

**18. Signature of attorney**

*X* **/s/ Justin A. Heller**
Signature of attorney for debtor

Date **August 18, 2026**
MM / DD / YYYY

**Justin A. Heller**
Printed name

**Whiteman Osterman & Hanna LLP**
Firm name

**80 State Street, 11th Floor**
**Albany, NY 12207**
Number, Street, City, State & ZIP Code

Contact phone **518-487-7600** Email address **jheller@woh.com**

**103632 NY**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Syracuse GC, Inc** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF NEW YORK** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Alarm & Suppression 331 Ushers Road Ballston Lake, NY 12019** | | | | | | **$0.00** |
| **AT&T Business 208 S. Akard Street Dallas, TX 75202** | | | | | | **$0.00** |
| **B-Lann Equipment 2288 5th Avenue Troy, NY 12180** | | | | | | **$0.00** |
| **Decision Logic PO Box 83254 Lincoln, NE 68501** | | | | | | **$0.00** |
| **DiscoverLink 120 Causeway Street Suite 306 Boston, MA 02114** | | | | | | **$0.00** |
| **Kecks Food Service 296 PA-328 Millerton, PA 16936** | | | | | | **$0.00** |
| **National Grid 300 Erie Boulevard West Syracuse, NY 13252** | | | | | | **$0.00** |
| **NY Fire & Security 4 Glens Falls Tech Park Glens Falls, NY 12801** | | | | | | **$0.00** |

Debtor **Syracuse GC, Inc**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **NYS Department of Tax & Finance<br>Civil Enforcement<br>WA Harriman Campus<br>Albany, NY 12227-4000** | | | | | | **$0.00** |
| **Olo<br>285 Fulton Street<br>One World Trade Center, 82nd Floor<br>New York, NY 10007** | | | | | | **$0.00** |
| **Pro-Tec Lawn & Landscaping<br>4925 Bentbrook Dr.<br>Manlius, NY 13104** | | | | | | **$0.00** |
| **Qu POS Inc<br>1100 Wilson Blvd.<br>Suite 2920<br>Arlington, VA 22209** | | | | | | **$0.00** |
| **Reliable Brothers, Inc.<br>185 Cohoes Avenue<br>Green Island, NY 12183** | | | | | | **$0.00** |
| **Restaurant Technologies<br>2250 Pilot Knob Road<br>Suite 100<br>Saint Paul, MN 55120** | | | | | | **$0.00** |
| **Spectrum<br>400 Washington Blvd.<br>Stamford, CT 06902** | | | | | | **$0.00** |
| **Sysco<br>1 Liebich Lane<br>Clifton Park, NY 12065** | | | | | | **$0.00** |
| **Sysco<br>2508 Warners Rd<br>Warners, NY 13164** | | | | | | **$0.00** |
| **T-Mobile<br>12920 SE 38th Street<br>Bellevue, WA 98006** | | | | | | **$0.00** |
| **Tri-State Carbonation<br>216 E. Broadway #2<br>Monticello, NY 12701** | | | | | | **$0.00** |

Debtor **Syracuse GC, Inc**
Name

Case number *(if known)*

| **Name of creditor and complete mailing address, including zip code** | **Name, telephone number and email address of creditor contact** | **Nature of claim** (for example, trade debts, bank loans, professional services, | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **UniFirst**<br>**103 Luther Avenue**<br>**Liverpool, NY 13088** | | | | | | **$0.00** |

Alarm & Suppression
331 Ushers Road
Ballston Lake, NY 12019

AT&T Business
208 S. Akard Street
Dallas, TX 75202

B-Lann Equipment
2288 5th Avenue
Troy, NY 12180

Decision Logic
PO Box 83254
Lincoln, NE 68501

DiscoverLink
120 Causeway Street
Suite 306
Boston, MA 02114

Kecks Food Service
296 PA-328
Millerton, PA 16936

National Grid
300 Erie Boulevard West
Syracuse, NY 13252

NY Fire & Security
4 Glens Falls Tech Park
Glens Falls, NY 12801

NYS Department of Tax & Finance
Civil Enforcement
WA Harriman Campus
Albany, NY 12227-4000

Olo
285 Fulton Street
One World Trade Center, 82nd Floor
New York, NY 10007

Pro-Tec Lawn & Landscaping
4925 Bentbrook Dr.
Manlius, NY 13104

Qu POS Inc
1100 Wilson Blvd.
Suite 2920
Arlington, VA 22209

Reliable Brothers, Inc.
185 Cohoes Avenue
Green Island, NY 12183

Restaurant Technologies
2250 Pilot Knob Road
Suite 100
Saint Paul, MN 55120

Spectrum
400 Washington Blvd.
Stamford, CT 06902

Sysco
1 Liebich Lane
Clifton Park, NY 12065

Sysco
2508 Warners Rd
Warners, NY 13164

T-Mobile
12920 SE 38th Street
Bellevue, WA 98006

Tri-State Carbonation
216 E. Broadway
#2
Monticello, NY 12701

UniFirst
103 Luther Avenue
Liverpool, NY 13088

US Foods
755 Pierce Road
Clifton Park, NY 12065

Verizon Wireless
1095 Avenue of the Americas
New York, NY 10036

# United States Bankruptcy Court
## Northern District of New York

In re **Syracuse GC, Inc** Debtor(s)

Case No.
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Syracuse GC, Inc** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**August 18, 2026**
Date

**/s/ Justin A. Heller**
**Justin A. Heller**
Signature of Attorney or Litigant
Counsel for **Syracuse GC, Inc**

**Whiteman Osterman & Hanna LLP**
**80 State Street, 11th Floor**
**Albany, NY 12207**
**518-487-7600 Fax:518-487-7777**
**jheller@woh.com**